IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ELANDRIA THOMPSON-HORTON**                                    **PLAINTIFF**

**v.**                              **No. 4:25-cv-00553-JM-ERE**

**SOCIAL SECURITY ADMINISTRATION,**
Commissioner                                                    **DEFENDANT**

## ORDER

Defendant's unopposed motion to reverse and remand (*Doc. 9*) is GRANTED. Accordingly, the Commissioner's decision is reversed, and this case is REMANDED for further administrative proceedings. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

So Ordered 8 August 2025.

_____
UNITED STATES MAGISTRATE JUDGE