# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**ELANDRIA THOMPSON-HORTON**                                        **PLAINTIFF**

v.                  No. 4:25-cv-00553-JM-ERE

**SOCIAL SECURITY ADMINISTRATION,**
Commissioner                                                          **DEFENDANT**

## JUDGMENT

Consistent with today's Order, judgment is entered for Plaintiff. The Commissioner's decision is reversed, and the case is remanded to the Commissioner for further proceedings pursuant to "sentence four" of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

So Ordered 8 August 2025.

                                                       _____
                                                          UNITED STATES MAGISTRATE JUDGE