**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**ELANDRIA THOMPSON-HORTON** **PLAINTIFF**

**V.** **4:25-cv-553 JM**

**FRANK BISIGNANO, Commissioner,**
**Social Security Administration** **DEFENDANT**

**ORDER**

Pending is Plaintiff's unopposed motion to stay briefing regarding her motion for attorney's fees. The motion to stay briefing (Doc. No. 18) is DENIED in part and GRANTED in part. Rather than leave Plaintiff's motion for attorney's fees (Doc. No. 15) pending to allow the additional work on the case foreshadowed in the motion to stay, Doc. No. 15 is denied without prejudice at this time.

IT IS SO ORDERED this 2nd day of September, 2026.

James M. Moody Jr.
United States District Judge